**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS WIGGINS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAFE CREDIT UNION,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-00291-DJC-DB<br><br>**ORDER GRANTING STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

　　Having considered the Parties' Stipulation To Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause, the Court grants the stipulation and hereby dismisses the action with prejudice. Each party shall bear their own fees and costs.

Dated: December 4, 2023　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE